Case 1:21-mj-00610-RMM   Document 1-1   Filed

Case: 1:21-mj-00610
Assigned to: Judge Meriweather, Robin M.
Assign Date: 9/22/2021
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

1. Your affiant, Isaac McPheeters, is a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the Kansas City Division and tasked with investigating criminal activity in and around the U.S. Capitol on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

*Background – The U.S. Capitol on January 6, 2021*

2. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the

U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

6. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

7. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Facts Specific to this Complaint*

8. On or about February 5, 2021, a person known to the FBI submitted an online tip to the FBI stating that CARA MAUREEN HENTSCHEL ("HENTSCHEL") had posted photographs to her Facebook account depicting her at the U.S. Capitol on January 6, 2021. The

tipster included a link to HENTSCHEL's Facbook profile. The tipster reported not knowing HENTSCHEL personally and not knowing whether HENTSCHEL entered the Capitol.

9. On or about March 8, 2021, after attempting to interview HENTSCHEL in person, I contacted HENTSCHEL via telephone, at a phone number ending in -9493.[1] I identified myself as an FBI Special Agent and explained that I was investigating crimes committed in and around the U.S. Capitol on January 6, 2021. HENTSCHEL declined to answer any questions but stated that she would cooperate if charged with a crime.

10. According to records obtained through a search warrant served on Google, a mobile device associated with a Gmail email address containing HENTSCHEL's first and last name (the "HENTSCHEL Gmail") was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with the HENTSCHEL Gmail was within the U.S. Capitol or the restricted grounds from approximately 2:28 p.m. to approximately 2:55 p.m. Google records show that the "maps display radius" for this location data varied between more than and less than 100 feet, and thus encompassed an area that is partially within the U.S. Capitol Building.

---

[1] Unless otherwise noted, the email addresses and phone numbers referenced in this Statement of Facts are known to the FBI but are anonymized due to the public nature of this filing.

11. The FBI obtained subscriber records from Google related to the HENTSCHEL Gmail. This account was registered to HENTSCHEL, and it was associated with the telephone number ending in -9493 and a Yahoo email address containing HENTSCHEL's first and last name.

12. According to records obtained through a search warrant served on Verizon Wireless, on January 6, 2021, in and around the time of the incident, the cell phone associated with HENTSCHEL's phone number (ending in -9493) was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol Building.

13. The FBI located and reviewed publicly available social media profiles associated with HENTSCHEL's name. For instance, the FBI located an Instagram account with the username "carahentschel." This account contained a post (Image 1) from January 6, 2021, showing a person wearing a red, white, and blue stocking hat with the number "45" on it standing outside of the U.S. Capitol amidst a large crowd. Based on my investigation, I recognize this person to be HENTSCHEL.



**Image 1**

14. Further, the FBI located a Facebook profile with HENTSCHEL's name. On January 6, 2021, HENTSCHEL posted (Image 2), "The WASHINGTON DC POLICE DEPT murdered an UNARMED woman tonight! The media seems to keep leaving out the fact that it was the COPS who did that." I observed that HENTSCHEL's profile picture in this post appears to be a cropped version of Image 1.



**Image 2**

15. HENTSCHEL's Facebook profile also contained a photo (Image 3) posted on January 8, 2021, captioned, "Patiently waiting for our wonderful President of the United States to speak. Jan 6, 2020." Again, I recognized HENTSCHEL in this photo. Also pictured in this photo, on the left side of the photo, was another woman wearing a red, white, and blue stocking hat with the number "45" on it. As described in greater detail below, based on witness interviews and meeting her in person, I later identified this woman as MAHAILYA PRYER ("PRYER").



**Image 3**

5

16. Several other Facebook users wrote public comments in response to HENTSCHEL's picture (Image 4). One user ("PERSON 1") wrote,

> Thank you for standing up!!!! Thank you for making history with me. [Three heart emojis] be proud patriots. Do not listen to those who don't know what they are talking about. And always remember… others opinions of you, are none of your business…
> So I should never hear… "they said this about me"
> Other people's opinions are of no value to any of us! Great job marching and standing.

HENTSCHEL replied, "[PERSON 1], I love you so much [nickname for PERSON 1]. An experience of a lifetime. We are very lucky we got to go."



**Image 4**

17. According to records obtained through a search warrant served on Verizon Wireless, on January 6, 2021, in and around the time of the incident, the cell phone associated with PRYER's phone number (ending in -9645) was identified as having utilized a cell site consistent

with providing service to a geographic area that includes the interior of the U.S. Capitol Building. To my knowledge, the FBI has not identified a Google account belonging to PRYER and has not obtained Google location data for PRYER.

18. I obtained and reviewed U.S. Capitol surveillance video footage from January 6, 2021. I observed HENTSCHEL and PRYER entering the U.S. Capitol through the Rotunda Doors at approximately 2:43 p.m. (Images 5 and 6). Both were wearing red, white and blue stocking hats with the number "45" on them, the same as shown in Image 3. HENTSCHEL was wearing a dark coat with a light face covering and a backpack slung over one shoulder. PRYER was wearing a mask or neck gator and a dark outer garment with white text.


**Image 5**



**Image 6**

19.     I also reviewed U.S. Capitol surveillance video footage showing HENTSCHEL and PRYER in the U.S. Capitol Rotunda at approximately 2:50 p.m. (Image 7).



**Image 7**

20. Finally, I reviewed U.S. Capitol surveillance video footage that appeared to show HENTSCHEL and PRYER exiting the U.S. Capitol Building through the Rotunda Doors at approximately 2:51 p.m. (Images 8 and 9). My observations from the surveillance video footage are consistent with the Google location data associated with HENTSCHEL's mobile device, which showed her as within the U.S. Capitol or the restricted grounds from approximately 2:28 p.m. to approximately 2:55 p.m.


**Image 8**


**Image 9**

21. On or about June 3, 2021, I interviewed PERSON 1 by phone. PERSON 1 is PRYER's relative. PERSON 1 traveled to Washington, D.C., on January 5, 2021, with PRYER and HENTSCHEL. PERSON 1 denied having done anything wrong on January 6 or having entered the U.S. Capitol and did not appreciate what people did on January 6.[2]

22. On or about June 4, 2021, I interviewed PERSON 1 in person. PERSON 1 traveled to Washington, D.C., on January 5, 2021, with PRYER, HENTSCHEL, and a relative ("PERSON 2"). I showed PERSON 1 a photo taken from HENTSCHEL's Facebook account (a version of which is labeled as Image 3, above). PERSON 1 identified PRYER and HENTSCHEL in the photo and noted that PERSON 1 and PRYER (who are related) looked alike. PERSON 1 provided me with PRYER's cellular telephone number, which ends in -9645.

23. During the interview, PERSON 1 explained that all four of them attended the rally at which President Trump spoke on January 6, 2021. At some point, PERSON 1 and PERSON 2 became separated from HENTSCHEL and PRYER. PERSON 1 and PERSON 2 walked toward the U.S. Capitol with the crowd but stopped at a barrier located between the Capitol lawn and 1st Street NW. PERSON 1 believed crossing the barrier was prohibited.

24. The FBI showed PERSON 1 screenshots of U.S. Capitol surveillance video. At first, PERSON 1 did not identify anyone in the photos. Later on, PERSON 1 said one of the women in the screenshots "looks like" PRYER and another woman "looks like" HENTSCHEL. PERSON 1 was angry that PRYER went inside the U.S. Capitol. PERSON 1 called PRYER during the interview and told PRYER she should cooperate with the FBI. PERSON 1 made the call to PRYER

---

[2] According to records obtained through a search warrant served on Verizon Wireless, on January 6, 2021, in and around the time of the incident, the cell phone associated with PERSON 1's phone number was <u>not</u> identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol Building. To my knowledge, the FBI has not identified a Google account belonging to PERSON 1 and has not obtained Google location data for PERSON 1.

without any direction from or request by the FBI. PRYER became angry and hung up on PERSON 1. PERSON 1 told the FBI that PERSON 1 would speak with PRYER and HENTSCHEL and encourage them to cooperate with the investigation. The FBI did not request that PERSON 1 speak with PRYER or HENTSCHEL or encourage them to cooperate with the investigation.

25. On or about June 15, 2021, I spoke with PERSON 1 by telephone. PERSON 1 had told PRYER that she should cooperate with the FBI. PERSON 1 had also spoken with HENTSCHEL, who told PERSON 1 that the FBI could not prove she committed any crimes if she (HENTSCHEL) refused to speak to them. PERSON 1 relayed that PERSON 1 told HENTSCHEL that it was obvious that HENTSCHEL was in photographs taken from the U.S. Capitol, including some posted to Facebook.

26. On or about June 16, 2021, I attempted to interview PRYER at her residence. PRYER declined to provide any information to the FBI because she did not want to incriminate herself, though she did not think that she had done anything wrong. PRYER said she and HENTSCHEL were no longer friends.

27. On or about June 28, 2021, I interviewed PERSON 2 in person. PERSON 2 traveled to Washington, D.C., with PERSON 1, PRYER, and HENTSCHEL. PERSON 2 is related to PERSON 1 but had never met PRYER or HENTSCHEL before their trip to Washington, D.C. PERSON 2 said that on January 6, 2021, PERSON 1 and PERSON 2 were separated from PRYER and HENTSCHEL in the morning when they walked to the Washington Monument, prior to President Trump's speech. PERSON 1 and PERSON 2 walked towards the U.S. Capitol but did not enter the Capitol or the restricted area. When PERSON 2 returned to the hotel, PRYER and HENTSCHEL were already there. PRYER and HENTSCHEL did not discuss what they had done on January 6 and PERSON 2 did not know if they went inside the Capitol.

28. On or about July 1, 2021, the FBI obtained a warrant to search HENTSCHEL's Facebook account. The records obtained from Facebook revealed a conversation between HENTSCHEL and PERSON 3 that occurred on or about January 6, 2021, excerpts of which are below:

| | |
|---|---|
| PERSON 3: | Hey were you there in that protest!! At the capitol |
| HENTSCHEL: | Uh yeah dawg |
| HENTSCHEL: | I'm here |
| PERSON 3: | Ahhh that's awesome!!!! I was looking for ya on tv! I didn't see ya. But y'all are out there getting it! Did you get inside the capitol? |
| PERSON 3: | Well be safe cara and always have fun I support ya 💯 good job!!! Wished I could be there |
| HENTSCHEL: | I was the first group in. Yes. |
| HENTSCHEL: | We storm peloskis office and took her beer. She drinks Corona[3] |
| PERSON 3: | That's wild I'm glad you didn't get arrested wow that's wild lol hell yea |

29. The records obtained from Facebook also revealed a conversation between HENTSCHEL and PERSON 4 that occurred on or about January 9, 2021, excerpts of which are below:

| | |
|---|---|
| PERSON 4: | I heard you made it to the chambers. |
| HENTSCHEL: | Ugh... yeah that's a thing lol |
| PERSON 4: | You really did? |
| PERSON 4: | I was on the other side fighting for my freaking life. |

---

[3] The FBI has reviewed surveillance video footage from near Speaker of the House Nancy Pelosi's office and did not observe HENTSCHEL or PRYER entering Speaker Pelosi's office.

    PERSON 4:        I'm beat to hell

    HENTSCHEL:        Not to the chambers, but I was inside

    PERSON 4:        Badass.

In response, HENTSCHEL sent a photo (Image 10) to PERSON 4:



**Image 10**

Based on my investigation, and given the large number of people visible, including one person wearing a helmet and goggles and others carrying flags, as well as the tall ceilings and chandelier, I recognize this photo as depicting the inside of the U.S. Capitol on January 6, 2021.

    30.    Neither HENTSCHEL nor PRYER were authorized to be inside the U.S. Capitol on January 6, 2021.

    31.    Based on the foregoing, your affiant submits that there is probable cause to believe that HENTSCHEL and PRYER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime

to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempt or conspire to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

32.     Your affiant submits that there is also probable cause to believe that HENTSCHEL and PRYER violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Isaac McPheeters
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of September 2021.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE