AO 442 (Rev. 1/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00610 |
| Mahailya Pryer | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 9/22/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Mahailya Pryer__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings

Date: __09/22/2021__                              2021.09.22 14:44:39 -04'00'
                                                  *Issuing officer's signature*

City and state:     Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                  *Printed name and title*

---

### Return

This warrant was received on (date) __9/22/2021__, and the person was arrested on (date) __10/4/2021__
at (city and state) __SPRINGFIELD, MO__.

Date: __10/4/2021__
                                                  *Arresting officer's signature*

                                                  SA ISAAC M PHOOTERS
                                                  *Printed name and title*